UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00545-FDW-DCK

| | | |
|---|---|---|
| GOD'S LITTLE GIFT, INC. and GARY PAGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CTI INDUSTRIES CORP., | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

THIS MATTER is before the Court on Defendant's pending Motion to Dismiss (Doc. No. 6) and *sua sponte* on the parties' Status Report filed September 17, 2018. Defendant's Motion to Dismiss is hereby DENIED WITHOUT PREJUDICE. Defendant may refile the Motion after arbitration has concluded.

According to the parties' "Joint Fourth Quarterly Report," the arbitration hearing has been continued until January 2019. The parties' deadline for completing arbitration is October 31, 2018, as previously ordered by this Court. (Doc. No. 19). If arbitration does not conclude by October 31, 2018, parties are ORDERED to conduct an "Initial Attorney's Conference" and file a "Certificate of Initial Attorney's Conference" pursuant to Local Rule 16.1 within 14 days.

IT IS SO ORDERED.

Signed: September 19, 2018

Frank D. Whitney
Chief United States District Judge

1